EL PUEBLO *v.* LUGO.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 102.—Resuelto en noviembre 12, 1907.

APELACIÓN — PLIEGO DE EXCEPCIONES — RELACIÓN DE HECHOS — ERRORES MANI-
FIESTOS.—No habiendo pliego de excepciones, ni relación de hechos, y no apareciendo de los autos que se haya cometido error alguno que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. HERNÁNDEZ, emitió la opinión del tribunal.

El presente es un recurso de apelación interpuesto por Angel Salvador Lugo contra sentencia de la Corte de Distrito de Mayagüez, que, en grado de apelación y mediante la celebración de nuevo juicio, le condenó en 1º. de febrero del corriente año á la pena de cincuenta dollars de multa, ó en su defecto, á un mes de cárcel.

No ha venido á esta Corte Suprema pliego de excepciones, ni exposición de hechos, y tampoco el apelante ha hecho en su defensa, por sí ó por medio de abogado, alegación alguna escrita ú oral.

Examinado detenidamente el récord, no encontramos que se haya cometido por la corte inferior error alguno que vicie de nulidad la sentencia pronunciada; y antes por el contrario, han tenido debida aplicación los artículos 162 del Código Penal y 322 del Código de Enjuiciamiento Criminal, debiendo en su consecuencia, confirmarse la sentencia apelada, con las costas del recurso también á cargo del apelante.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Figueras, MacLeary y Wolf.